WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED
MAY 13 2009

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MARY BRAY,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV # 05-1282-KI

ORDER

Attorney fees in the amount of $17,000 and expenses in the amount of $86.28 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 13 day of May, 2009.

_____
United States District Judge

Submitted on May 11, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1